```
   1  DANIEL H. BRUNNER
      CHAPTER 13 TRUSTEE
   2  P.O. Box 1513
   3  Spokane, WA 99210-1513
      (509) 747-8481
   4
   5
                      UNITED STATES BANKRUPTCY COURT
   6                  EASTERN DISTRICT OF WASHINGTON
   7
      In Re:
   8  Beehler, Patrick A and
                                          Case No. 06-02670-FLK13
   9  Beehler, Tobi L
  10                  Debtors
  11             TENDER OF UNCLAIMED FUNDS
  12  TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington
  13       There is tendered herewith, the sum $108.77, BEING MONIES WHICH ARE
  14  UNCLAIMED in this case. The claimant entitled to these funds is as follows:
```

| Claim # | Claimant | Amount |
|---|---|---|
| 9 | HOUSEHOLD FINANCIAL<br>PO BOX 17574<br>BALTIMORE, MD 21297 | $108.77 |

Dated: May 03, 2011

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 487678    5-10-11    #108.77